**Jose M. OLIVERAS, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2006–3201.

United States Court of Appeals, Federal Circuit.

July 31, 2006.

Before NEWMAN, SCHALL, and GAJARSA, Circuit Judges.

## ON MOTION

NEWMAN, Circuit Judge.

*ORDER*

The Department of Homeland Security moves without opposition to vacate the December 19, 2005 decision of the Merit Systems Protection Board (MSPB) in *Oliveras v. Department of Homeland Security*, No. AT–0752–05–0963–1–1 and remand for further consideration in light of our decision in *Garcia v. Department of Homeland Security*, 437 F.3d 1322 (Fed.Cir.2006) (en banc).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The MSPB's December 19, 2005 decision is vacated and the case is remanded for further proceedings consistent with our decision in *Garcia*.

(2) Each side shall bear its own costs.